BOARD OF TRANSPORTATION v. REVIS

No. 85 PC.

Case below: 40 N.C. App. 182.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 June 1979.

COMMISSIONER OF INSURANCE v. RATE BUREAU

No. 104 PC.

Case below: 40 N.C. App. 85.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1979.

FUNGAROLI v. FUNGAROLI

No. 29.

Case below: 40 N.C. App. 397.

Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 5 June 1979.

GARRISON v. MILLER

No. 98 PC.

Case below: 40 N.C. App. 393.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1979.

HALE v. POWER CO.

No. 105 PC.

Case below: 40 N.C. App. 202.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979.